## UNITED STATES v. F. W. KUEHNE CO.

**No. 6110.**—Invoice dated Prague, Czechoslovakia, May 23, 1938.
Certified May 24, 1938.
Entered at New York, N. Y., June 9, 1938.
Entry No. 863009.

### Second Division, Appellate Term

(Decided March 2, 1945)

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the appellant.
*Eugene R. Pickrell* (*Eugene A. Chase* of counsel) for the appellee.

Before TILSON, KINCHELOE, and LAWRENCE, Judges

LAWRENCE, Judge: For the reasons carefully and elaborately stated in the opinion below (Reap. Dec. 5985) by our late associate, Judge Walker, whose findings of fact and conclusions of law we hereby adopt as our own, the decision and judgment appealed from are affirmed.

Judgment will be entered accordingly.